| | | |
|---|---|---|
| Debtor 1 | **Brandon Jerel Jones** | Social Security number or ITIN **xxx–xx–4979** |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Middle District of Alabama**

Case number:  **15–33519**

# Order of Discharge                                                         **12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Brandon Jerel Jones

Dated October 5, 2016

William R. Sawyer
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Case 15-33519   Doc 45   Filed 10/07/16   Entered 10/08/16 00:18:45   Desc Imaged
Certificate of Notice   Page 1 of 4

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Case 15-33519    Doc 45    Filed 10/07/16    Entered 10/08/16 00:18:45    Desc Imaged
Certificate of Notice    Page 2 of 4

In re:                                                                    Case No. 15-33519-WRS
Brandon Jerel Jones                                                       Chapter 7
           Debtor                    **CERTIFICATE OF NOTICE**

District/off: 1127-2        User: jingram            Page 1 of 2          Date Rcvd: Oct 05, 2016
                           Form ID: 318             Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 07, 2016.
db           +Brandon Jerel Jones,   3033 Moorcroft Drive,   Apt. H,   Montgomery, AL 36116-3214
aty           Richard C. Dean, Jr.,   PO Box 1028,   Montgomery, AL  36101-1028
aty          +Richard D. Shinbaum,   Shinbaum & Campbell,   P.O. Box 201,   Montgomery, AL 36101-0201
3453029      +321 Loans,   7500 W. Mississippi Ave,   Ste B 145,   Denver, CO 80226-4592
3524265       American InfoSource LP as agent for,   DIRECTV, LLC,   PO Box 5008,
               Carol Stream, IL  60197-5008
3453030       BAPTIST MEDICAL CENTER,   P.O. BOX 241145,   Montgomery, AL 36124-1145
3453031      +CHAMBLESS & MATH,   P.O. BOX 230759,   MONTGOMERY, AL 36123-0759
3453032      +CHECK N GO,   2851 East South Blvd STE C,   Montgomery, AL 36116-2513
3453035      +DISTRICT COURT OF MONTGOMERY,   Small Claims Div. SM-13-903842,   P.O. BOX 1667,
               MONTGOMERY, AL 36102-1667
3453033      +Direct Management Inc,   4320 Downtowner Loop S Ste A,   P O Box 16243,   Mobile, AL 36616-0243
3453036       EASY MONEY,   2446 EAST SOUTH BLVD,   Montgomery, AL 36116
3453026       EQUIFAX INFORMATION SERVICES LLC,   P.O. BOX 740241,   Atlanta, GA 30374-0241
3453028       EXPERION,   P.O. BOX 9701,   Allen, TX 75013-9701
3453037     #+Helping America Group,   150 E. Palmetto Park Rd Ste. 800,   Boca Raton, FL 33432-4833
3453038      +NAVY FEDERAL CREDIT UNION,   2937 EASTERN BLVD,   Montgomery, AL 36116-1023
3487704       Republic Finance, LLC.,   c/o Richard C. Dean, Jr.,   P.O. Box 1028,
               Montgomery, AL 36101-1028
3453043       SALLIE MAE LSCF,   P.O. BOX 2975,   PANAMA CITY, FL 32404
3453047       STUDENT LOAN CORPORATION,   P.O. BOX 92906,   ROCHESTER, NY 14692
3453045      +South University,   5355 Vaughn Road,   Montgomery, AL 36116-1120
3453027       TRANSUNION CONSUMER SOLUTIONS,   P.O. BOX 2000,   CHESTER, PA 19022-2000
3453049       U.S. DEPT. OF EDUCATION,   NATIONAL PAYMENT CENTER,   P.O. BOX 4169,
               GREENVILLE, TX 75403-4169


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: QCBWILKINS.COM Oct 05 2016 20:58:00     Carly B Wilkins,   Carly B. Wilkins, P.C,
               560 South McDonough Street,   Suite A,   Montgomery, AL 36104-4605
3461252       EDI: AIS.COM Oct 05 2016 20:58:00     American InfoSource LP as agent for,
               T Mobile/T-Mobile USA Inc,   PO Box 248848,   Oklahoma City, OK  73124-8848
3479853      +EDI: ATLASACQU.COM Oct 05 2016 20:58:00     Atlas Acquisitions LLC,   294 Union St.,
               Hackensack, NJ 07601-4303
3453048       EDI: AISTMBL.COM Oct 05 2016 20:58:00     T Mobile,   PO Box 660252,   Dallas, TX 75266
3453032      +EDI: CHECKNGO.COM Oct 05 2016 20:58:00     CHECK N GO,   2851 East South Blvd STE C,
               Montgomery, AL 36116-2513
3478300       EDI: CAPITALONE.COM Oct 05 2016 20:58:00     Capital One Bank (USA), N.A.,   PO Box 71083,
               Charlotte, NC  28272-1083
3453034       EDI: DIRECTV.COM Oct 05 2016 20:58:00     DIRECT TV,   PO BOX 78626,   Phoenix, AZ 85062
3479878       EDI: RESURGENT.COM Oct 05 2016 20:58:00     LVNV Funding, LLC its successors and assigns as,
               assignee of Credit Recovery Associates,,   Inc.,   Resurgent Capital Services,   PO Box 10587,
               Greenville, SC 29603-0587
3474815      +EDI: NFCU.COM Oct 05 2016 20:58:00     Navy Federal Credit Union,   PO BOX 3000,
               Merrifield, VA 22119-3000
3453040      +E-mail/Text: bankruptcy@regionalmanagement.com Oct 05 2016 21:07:13     REGIONAL,
               6144 ATLANTA HWY,   Montgomery, AL 36117-2800
3453041      +E-mail/Text: bankruptcy@regionalmanagement.com Oct 05 2016 21:07:13     REGIONAL FINANCE,
               6144 ATLANTA HIGHWAY,   Montgomery, AL 36117-2800
3456533      +E-mail/Text: bankruptcy@regionalmanagement.com Oct 05 2016 21:07:13
               REGIONAL MANAGEMENT COPORATION,   PO BOX 776,   MAULDIN SC 29662-0776
3453042       E-mail/Text: bankruptcy@republicfinance.com Oct 05 2016 21:07:55     Republic Finance,
               1140 Roma Ave,   Hammond, LA 70403
3453044      +EDI: DRIV.COM Oct 05 2016 20:58:00     SANTANDER CONSUMER USA,
               8585 N. STEMMONS FWY, STE 1100-N,   Dallas, TX 75247-3822
3453046      +E-mail/Text: bankruptcy@speedyinc.com Oct 05 2016 21:07:18     Speedy Cash,
               1501 Eastern Bypass,   Montgomery, AL 36117-1605
3453039       E-mail/Text: bankruptcy@tritonmgt.com Oct 05 2016 21:07:45     QUIK PAWN,   855 BELL ST,
               Montgomery, AL 36104
                                                                                   TOTAL: 16


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3522191       MONTGOMERY, AL 36123
3522190       P.O. BOX 230759
3522188       THE HEALTH CARE AUTH., dba BAPTIST SOUTH
3522189       c/o CHAMBLESS-MATH & CARR, PC
cr*           Republic Finance, LLC,   c/o Richard C. Dean, Jr.,   P.O. Box 1028,
               Montgomery, AL  36101-1028
                                                                        TOTALS: 4, * 1, ## 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2016                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 5, 2016 at the address(es) listed below:
```
          Bankruptcy Administrator    ba@almb.uscourts.gov
          Carly B Wilkins    cwilkins@cbwlegal.com,  kesco@cbwlegal.com;cwilkins@ecf.epiqsystems.com
          Richard C. Dean, Jr.   on behalf of Creditor   Republic Finance, LLC rdean@mindspring.com,
           babbott@deanlawfirm.org;kestes@deanlawfirm.org
          Richard D. Shinbaum   on behalf of Debtor Brandon Jerel Jones rshinbaum@smclegal.com,
           scarter@smclegal.com;cthornton@smclegal.com
                                                                              TOTAL: 4
```